

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.

PARALEGALS

ROSA COSCIA
FRANCIS PENA

**Via: EDNY ECF**                                                                                  **October 19, 2020**

Honorable Judge Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

**Re:**     *Sanchez Vazquez v. Hartlin Inn, Inc., et al.*; 20-CV-0527 (GRB)(AYS)

Hon. Judge Shields,

This office represents Plaintiff in the above-referenced FLSA action. Plaintiff initiated this action on January 20, 2020, and Defendants filed an Answer on February 18, 2020. To date, however, the parties have not been scheduled for a Rule 16 Initial Conference. Accordingly, kindly accept this correspondence as the parties' request for said conference. In the alternative, the parties request that the Court So-Order the attached Order in FLSA Case Requiring Discovery and Setting Initial Pretrial Schedule so that they may begin Phase I Discovery.

Thank you for your time and attention to this matter.

                                                                                  Respectfully submitted,

                                                                                  Keith E. Williams, Esq.

Attachments: as stated
cc: all counsel of record via ECF

PHONE: 516.228.5100      FAX: 516.228.5106      INFO@NHGLAW.COM
WWW.NHGLAW.COM      WWW.NEWYORKOVERTIMELAW.COM